IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARQUIMEDES FOORCHUE ALMONTER,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| v. | : | **NO. 26-974** |
| **KRISTI NOEM,** in her Official Capacity, Secretary of the U.S. Department of Homeland Security; **PAMELA BONDI,** in her Official Capacity, Attorney General of the United States; **CAMMILLA WAMSLEY,** in her Official Capacity, Philadelphia Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; **J.L. JAMISON,** in his Official Capacity as Warden of Federal Department of Corrections Philadelphia, | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 17th day of February, 2026, upon consideration of **ARQUIMEDES FOORCHUE ALMONTER's** Emergency Petition for Writ of Habeas Corpus (the "Petition") (ECF No. 1), it is hereby **ORDERED** that the petition is **GRANTED IN PART.** It is further **ORDERED** as follows:

1. Pursuant to 28 U.S.C. § 2243, Respondents shall, no later than 5:00 p.m. on February 20, 2026, file a response to the Petition and show cause why the Petition should not be granted.

2. Petitioner **ARQUIMEDES FOORCHUE ALMONTER** shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

3. Counsel for Petitioner shall serve this Order to the Respondents at the following email addresses forthwith:

- desiree.wilkins@usdoj.gov

- anthony.stjoseph@usdoj.gov

- susan.becker@usdoj.gov

- gregory.david@usdoj.gov

BY THE COURT:

_____

Hon. Mia R. Perez