THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

ARQUIMEDES FOORCHUE ALMONTER,,

    Petitioner,

    v.

KRISTI NOEM *et. al.*

    Respondents.

CIVIL ACTION
No. 26-cv-974

## ORDER

AND NOW upon consideration of Respondent's Motion for Reconsideration, it is hereby ORDERED that Petitioner shall file a response on or before March 20, 2026, addressing: (1) whether the Court should reconsider its prior Order; and (2) if so, whether Petitioner is nevertheless entitled to habeas relief on the merits, including in light of Respondents' arguments concerning 8 U.S.C. § 1226(a), ripeness, and exhaustion. Any reply shall be filed on or before March 27, 2026.

BY THE COURT:

*[signature]*

**Hon. Mia R. Perez**